### 23500

Maurice COOPER, Petitioner v. STATE of South Carolina, Respondent.

(410 S.E. (2d) 562)

Supreme Court

*Asst. Appellate Defender Daniel T. Stacey, South Carolina Office of Appellate Defense,* Columbia, *for petitioner.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Donald J. Zelenka,* and *Asst. Atty. Gen. Delbert H. Singleton, Jr.,* Columbia, *for respondent.*

Submitted Sept. 25, 1991.

Decided Oct. 28, 1991.

### ON WRIT OF CERTIORARI

*Per Curiam:*

We granted a Writ of Certiorari to review the denial of Petitioner's application for post-conviction relief. We dismiss the Writ as improvidently granted.

Dismissed.